# EXHIBIT 1

Exhibit 1

# BOARD MEETING

December 21, 2012

HIGHWAY TECHNOLOGIES

Exhibit 1

## Agenda

- Review and approval of Minutes from the last meeting
- Executive Overview
- Last 30 Days
  - November Results
  - Financial Bridges
    - Revenue and EBITDA, AOP to Actual, By Branch, Current Month and YTD
    - Consolidated November Forecast to Actual
    - Consolidated YTD AOP to Actual
  - Variances to AOP by Lines of Business
- Revised 2012 Forecast
  - December Month and Full Year Forecast by Remaining Months and by Region
  - December Revenue and EBITDA Forecast by Branch and Region
  - December Full Year Revenue and EBITDA Forecast by Branch and Region
- Backlog – 13 Month Trended
- Bid Summary
- Cash Forecast – 13 Week Model
- Litigation Summary
- Safety Update

2

Exhibit 1

Appendices
Income Statement
Balance Sheet
Cash Flow
P&L Trends
Revenue and Direct Gross Margin by LOB
Region Summary
Branch Summary
Board Meeting Calendar
3

Exhibit 1

Executive Overview
November Results
Revenue
EBITDA
YTD Results
Revenue
EBITDA
Variance
Revenue
EBITDA
4



Exhibit 1

# Executive Overview

**Negative EBITDA Branches** [illegible]

YTD 11 months 2012

| Negative EBITDA Branches | Revenue | EBITDA | Cash Flow | Branch Comments |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] |

**Other Major Drivers of Negative Cash**

| | [illegible] | |
|---|---|---|
| [illegible] | | |
| [illegible] | [illegible] | |
| [illegible] | [illegible] | |
| [illegible] | [illegible] | |
| | [illegible] | [illegible] |

[illegible] $[illegible]

[illegible]

[illegible]

[illegible]

5

Exhibit 1

Executive Overview

## Development of Railroad Business

- Burlington Northern Santa Fe Railroad ("BNSF")
  - BNSF wants to award an annual nation-wide contract for traffic control services, replacing local service arrangements. Bids must be submitted by January 31, 2013. We helped BNSF develop the RFP.
  - We anticipate that the work would begin in March 2013, with estimated annual revenues of $5M - $10M.
  - In order to successfully execute this contract, we must establish an infrastructure – hire Traffic Control professionals, develop a network of temporary flaggers, and stage equipment in many of the BNSF states (west of the Mississippi) --- and we must spend an initial $1.1M in capex to execute the anticipated work.
- CSX Railroad
  - CSX is conducting a bid process for paving within it's rail network, primarily east of the Mississippi River.
  - HT is submitting Traffic Control prices to the paving companies for the states of Florida, Illinois, Indiana and New Jersey. Estimated annual incremental revenue is expected to approach $1M at 35% margins. We're bidding against 4 other Traffic Control companies, but only 1 in Florida (RoadSafe).

6

Exhibit 1

Executive Overview

## AOP and Strategic Process for 2013-2015

- We're conducting detailed Branch strategy reviews in December, and will conclude the first week of January and then will prepare 2013-2015 projections by Branch.
- We expect to present the AOP and strategy to the Board on February 15.
- We continue to train and develop our Branch teams to adopt a marketing perspective; a discipline still fuzzy to many of our Branches. Most of our Branches have generated revenue (historically) by bidding DOT projects, and have neglected the much higher Daily Rental and WZP margins where relationships drive success, vs. estimating and bidding skills. A good example is Fort Worth; in 2008, they had $1.1M of WZP sales ($335k of margin), but the then HT Operations Manager wanted to focus on Pavement Marking…result is in 2012, WZP revenue is $106k and WZP margin is $61.
- During the strategy process, the Branches must also prepare the 2013-2015 GAP Analysis. If their strategy doesn't result in acceptable/superior returns, then the Branches must change the strategy to achieve acceptable/superior returns….EBITDA as a % of revenue and ROIC (modified)
- Conclusions thus far:
  - Corpus Christi can't achieve acceptable returns over the 2013-2015 period because of the large capex required. As a result, Corpus will exit the pavement marking business and we expect San Antonio to cover their geographical market.
  - Villa Park will significantly downsize their Traffic Control (TC) Contract focus-to southeastern Wisconsin-and instead focus on Daily Rentals and WZP. Chicago's TC Contract market is saturated with competitors, resulting in margin in the low teens, whereas the competitors are not as well positioned as HT to further penetrate the Daily Rental market.

7

Exhibit 1

Executive Overview

## Workers Compensation ("WC") Reclassification of Salary Categories by Liberty Insurance

- Prior management team classified Traffic Control install laborers and drivers as security enforcement or protection ("Police Flagging"), resulting in a significantly lower WC rate than the appropriate construction classification.
- The appropriate classification is "sign installation, maintenance, repair removal or replacement and drivers". HT paid significantly lower premiums (in 2012 and prior years) because they used the Police Flagging classification; total WC Premium for 2012 was $590k. However, such classification drove up our MOD factor because the Police Flagging classification assumed fewer claims than the Traffic Control classification.
- Recently, Liberty Insurance challenged HT's classification, and such reclassification would increase our premiums by $1.3M for the current policy year ending February 28, 2013. We engaged an independent insurance expert that substantially agreed with Liberty's conclusions. We expect Liberty to require us to pay an additional $1.3M in premiums next summer. If we're required to pay this amount, we'll negotiate a payment plan. In addition, we expect Liberty will increase our Workers Compensation premiums by an additional $1.3M for the new policy year that begins March 1, 2013; resulting in a total premium of approximately $1.9M for the new policy year.
- The bidding implications vary by state, and the incremental workers comp increases (per labor dollar for Traffic Control and Permanent Installation employees) will range from 18.5% (from 3.4% to 21.9% per labor dollar) in Illinois to 2.8% (from 2.7% to 5.5% per labor dollar) in New Jersey. The largest absolute dollar increase (out of the $1.3M) is Minnesota and the increase approximates $325k, followed by Illinois at $265k.

8

Exhibit 1

## Last 30 Days - Financial Results Summary – November 2012

*In $ thousands*

**Current Month**

| | Actual | % | Forecast | % | AOP | % | Prior Yr | % | Fav(Unfav) to Fcst | Fav(Unfav) to AOP | Fav(Unfav) to PY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 13,201 | 100.0 | 13,246 | 100.0 | 10,549 | 100.0 | 11,910 | 100.0 | (45) | 2,652 | 1,291 |
| Gross Profit | [illegible] | 16.4 | [illegible] | 15.7 | 1,263 | [illegible] | [illegible] | 12.9 | 112 | 928 | [illegible] |
| SG&A | [illegible] | [illegible] | 1,553 | 11.7 | 1,781 | 16.9 | [illegible] | [illegible] | (265) | [illegible] | [illegible] |
| Operating Income/(Loss) | 372 | 2.8 | 526 | 4.0 | (517) | (4.9) | 55 | 0.5 | (154) | 889 | 317 |
| Non-op Exp & Tax | 483 | 3.7 | 480 | 3.6 | 387 | 3.7 | 407 | 3.4 | (4) | (97) | (76) |
| Net Inc/(Loss) Cont Ops | (111) | (0.8) | 46 | 0.3 | (904) | (8.6) | (352) | (3.0) | (158) | 793 | 241 |
| EBITDA | 941 | 7.1 | 1,080 | 8.2 | 91 | 0.9 | 768 | 6.5 | (139) | 851 | 173 |

**Year To Date**

| | Actual | % | AOP | % | Prior Yr | % | Fav(Unfav) to AOP | Fav(Unfav) to PY |
|---|---|---|---|---|---|---|---|---|
| Revenue | 137,745 | 100.0 | 139,854 | 100.0 | 136,239 | 100.0 | (2,109) | 1,506 |
| Gross Profit | 16,[illegible] | 12.1 | 19,131 | 13.7 | 13,[illegible] | 9.6 | (2,475) | 3,028 |
| SG&A | 18,455 | 13.4 | 19,5[illegible] | 14.0 | 16,314 | 12.1 | 1,017 | (2,0[illegible]) |
| Operating Income/(Loss) | (1,731) | (1.3) | (385) | (0.3) | (3,359) | (2.5) | (1,405) | 1,556 |
| Non-op Exp & Tax | 4,927 | 3.5 | 4,434 | 3.2 | 4,533 | 3.3 | (493) | (393) |
| Net Inc/(Loss) Cont Ops | (6,658) | (4.8) | (4,819) | (3.5) | (7,881) | (5.8) | (1,839) | 1,222 |
| EBITDA | 5,130 | 3.7 | 6,923 | 5.0 | 4,623 | 3.4 | (1,793) | 561 |

Nov Actual

| | Core Ops | Solar | Total |
|---|---|---|---|
| Revenue | [illegible] | [illegible] | [illegible] |
| EBITDA | [illegible] | [illegible] | [illegible] |

Nov AOP

| | Core Ops | Solar | Total |
|---|---|---|---|
| Revenue | [illegible] | [illegible] | [illegible] |
| EBITDA | [illegible] | [illegible] | [illegible] |

Nov YTD Actual

| | Core Ops | Solar | Total |
|---|---|---|---|
| Revenue | [illegible] | [illegible] | [illegible] |
| EBITDA | [illegible] | [illegible] | [illegible] |

Nov YTD AOP

| | Core Ops | Solar | Total |
|---|---|---|---|
| Revenue | [illegible] | [illegible] | [illegible] |
| EBITDA | [illegible] | [illegible] | [illegible] |

YTD 2012 legal expense increased $884k from the prior year and $450k more than the AOP

9

Exhibit 1

## Last 30 Days - Financial Bridge by Branch – AOP to Actual – Current Month and YTD

**November Revenue and EBITDA Bridge vs AOP by Branch**

| | | Revenue | | EBITDA | Comments |
|---|---|---|---|---|---|
| **November AOP** | $ | 10.55 | $ | 0.09 | |
| Minneapolis | | 0.79 | | 0.15 | Favorable PM and PI volume and margin |
| Missoula | | 0.49 | | 0.32 | Favorable TC and PI volume and margin |
| Houston | | 0.36 | | 0.41 | Favorable PM volume and margin |
| Denver | | 0.30 | | 0.15 | Favorable PM volume |
| Las Vegas | | 0.29 | | (0.03) | Favorable PM volume and rate, shortfall in PI margin |
| Austin | | 0.25 | | 0.40 | Favorable TC volume and margin |
| Other | | 0.17 | | (0.55) | Corporate was $268k of the remaining negative EBITDA variance, mostly due to legal |
| **Nov Actual** | $ | 13.20 | $ | 0.94 | |
| **Nov Variance** | $ | 2.65 | $ | 0.85 | |

**2012 YTD Revenue and EBITDA Bridge vs AOP by Branch**

| | | Revenue | | EBITDA | Comments |
|---|---|---|---|---|---|
| **Nov YTD AOP** | $ | 139.35 | $ | 6.93 | |
| Minneapolis | | 3.36 | | 1.23 | All LOB's Favorable, except for volume shortfall in W2P |
| Missoula | | 1.74 | | 1.22 | All LOBs Favorable |
| Ft. Worth | | (3.22) | | (1.82) | Shortfall in PM volume and margin rate |
| Phoenix | | (2.72) | | (0.77) | Shortfall in TC and PM volume and margin rates |
| Austin | | (1.30) | | (0.36) | Shortfall in PM volume and rate, partially offset by PI |
| Villa Park | | (0.32) | | (0.48) | Shortfall in W2P and TC |
| Fairview Heights | | (0.15) | | (0.32) | Shortfall in TC and W2P |
| Other | | 0.80 | | (0.44) | Corporate professional fees are $450k YTD over AOP |
| **Nov YTD Actual** | $ | 137.75 | $ | 5.19 | |
| **Nov YTD Variance** | $ | (1.61) | $ | (1.74) | |

10

Exhibit 1

## Last 30 Days - Financial Bridge November Forecast to Actual

Current Month - November [illegible]

| | Revenue | Gross Margin | [illegible] |
|---|---|---|---|
| Forecast | [illegible] | [illegible] | [illegible] |
| Actual | [illegible] | [illegible] | [illegible] |
| Variance Over/(Under) | [illegible] | [illegible] | [illegible] |

| Note | Description of Items Causing Variance | Volume Variance | Rate Variance | [illegible] |
|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | [illegible] |

Note [illegible]

[illegible]

11

Exhibit 1

## Last 30 Days - Financial Bridge November YTD - AOP to Actual

[illegible]

12

Exhibit 1

## Current Month and YTD Variances by LOB and Region

[illegible]

13

Exhibit 1

## Forecasted 2012 Revenue and EBITDA by Month and Region

*$'s in Thousands*

| | Revenue | | | | EBITDA | | | |
|---|---|---|---|---|---|---|---|---|
| | Act/Fcst | AOP | Var | Cum Var | Act/Fcst | AOP | Var | Cum Var |
| November YTD Actual | 137,745 | 139,351 | (1,609) | (1,609) | 5,190 | 6,929 | (1,739) | (1,739) |
| December Forecast | 8,113 | 6,827 | 1,287 | (323) | (826) | (1,199) | 373 | (1,366) |
| **Total 2012** | **145,858** | **146,181** | **(323)** | | **4,364** | **5,730** | **(1,366)** | |
| Prior Month Forecast | 145,154 | | | | 4,401 | Prior Month Forecast | | |
| Increase/(Decrease) | 704 | | | | (37) | Increase/(Decrease) | | |

This forecast is a roll-up of forecasts prepared by each branch. Compared to last month, full year Revenue forecast has increased by $704k from prior month, while full year EBITDA has decreased by $37k from prior month.

| | December 2012 | | | | | | 2012 Full Year | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | | | EBITDA | | | Revenue | | | EBITDA | | |
| Region | Fcst | AOP | Variance | Fcst | AOP | Variance | Fcst | AOP | Variance | Fcst | AOP | Variance |
| Texas | [illegible] | [illegible] | (217) | (372) | (134) | [illegible] | 51,879 | [illegible] | [illegible] | [illegible] | 1,303 | (2,191) |
| [illegible] | 893 | [illegible] | [illegible] | [illegible] | (299) | [illegible] | [illegible] | [illegible] | 5,507 | [illegible] | 1,026 | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Rocky Mountain | 548 | [illegible] | [illegible] | [illegible] | (118) | [illegible] | [illegible] | 12,016 | [illegible] | [illegible] | 1,821 | [illegible] |
| Midwest | 591 | 503 | 88 | (78) | (48) | (30) | 10,771 | 10,977 | (206) | 348 | 1,454 | (1,106) |
| Florida/East | [illegible] | 825 | (119) | [illegible] | 36 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Corporate | | | | [illegible] | [illegible] | [illegible] | | | | [illegible] | [illegible] | 153 |
| Totals | 8,113 | 6,827 | [illegible] | [illegible] | (1,199) | 373 | 145,858 | 146,181 | [illegible] | 4,364 | [illegible] | (1,366) |

14

Exhibit 1

## Forecast Change Analysis – December 2012

[illegible]

| Location | Current Dec Fcst Revenue | Prior Dec Fcst Revenue | FCST Var | Dec 12 AOP Revenue | AOP Var |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Field | 8,514 | 7,364 | 343 | 6,827 | 1,287 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Current HF | 8,514 | 7,364 | 348 | 6,827 | 1,287 |

| Location | Current Dec Fcst EBITDA | Prior Dec Fcst EBITDA | FCST Var | Dec 12 AOP EBITDA | AOP Var |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Field | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Current HF | [illegible] | [illegible] | 39 | (1,338) | [illegible] |

Region Summary

| Location | Current Dec Fcst Revenue | Prior Dec Fcst Revenue | FCST Var | Dec 12 AOP Revenue | AOP Var |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Current HF | 8,514 | 7,364 | 348 | 6,827 | 1,287 |

| Location | Current Dec Fcst EBITDA | Prior Dec Fcst EBITDA | FCST Var | Dec 12 AOP EBITDA | AOP Var |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Current HF | [illegible] | [illegible] | 39 | (1,338) | [illegible] |

[illegible]

15

Exhibit 1

## Forecast Change Analysis – Full Year 2012

| Location | Current Rev FY Act/Fcst | Prior Rev FY Act/Fcst | Var | AOP Rev Full Year | Var | Location | Current EBITDA FY Act/Fcst | % | Prior EBITDA FY Act/Fcst | % | Var | AOP EBITDA Full Year | AOP % | Var |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Field | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Total Field | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Current HT | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Current HT | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | | | Region Summary | | | | | | | | |
| Current HT | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Current HT | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

16

Exhibit 1

## Backlog – 13 Month Trend

| Region | Nov-11 | Dec-11 | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Continuing Operations** | 80,068 | 76,560 | 77,189 | 82,143 | 89,666 | 90,384 | 93,281 | 90,037 | 85,803 | 80,066 | 75,136 | 67,831 | 62,259 |
| Discontinued Operations | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Total Discontinued Ops** | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Grand Total** | 86,276 | 82,071 | 82,244 | 84,166 | 90,463 | 96,271 | 96,806 | 96,306 | 86,679 | 85,704 | 78,530 | 68,757 | 63,766 |

Backlog is declining for the winter. Historical backlog for Texas has been restated to exclude Baton Rouge backlog, which was reclassified to the Discontinued Operations section, in the "Closed in 2012" category.

17



Exhibit 1

Bid Summary
Project awards since last board meeting total $6.9M.
As mentioned last month, Minneapolis recently bid on a multi-year major bridge reconstruction project across the Mississippi River ($200M total project size). The total value of our subcontract bid was $2.8M. We have been notified that we are the apparent winner, but the actual award will not take place for several months. This project is still classified as "Pending", and is not included in the "Win" totals shown above.
18

Exhibit 1

13 Week Cash Forecast

Highway Technologies

13 Week Cash Forecast

CURRENT FORECAST [illegible]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast week ending: | 21-Dec | 28-Dec | 4-Jan | 11-Jan | 18-Jan | 25-Jan | 1-Feb | 8-Feb | 15-Feb | 22-Feb | 1-Mar | 8-Mar | 15-Mar | 22-Mar | 29-Mar | Total |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Revolver A draw/(repayment) | | (0.3) | (0.3) | (0.5) | (0.6) | | | | | | | | | | | [illegible] |
| Revolver Second Out draw/(repayment) | | | | | | (0.5) | (0.0) | (0.8) | (0.3) | (0.8) | | | | | | [illegible] |
| Ending book cash (excl. check float >$XXK) | [illegible] | 0.0 | [illegible] | 0.3 | 0.4 | 0.0 | [illegible] | [illegible] | [illegible] | [illegible] | 0.1 | [illegible] | [illegible] | 0.0 | [illegible] | [illegible] |
| Revolver A Balance Outstanding | 1.7 | 1.8 | 1.3 | 0.8 | | | | | | | | | | | | |
| Revolver Second Out Balance Outstanding | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

- Collections have been less than forecasted over the last several weeks. Customers have pushed their pay dates until after the first of the year, using any and all excuses they can find to improve their year-end cash position.
- Pressure for payment from some vendors (i.e. ARI) has increased as they try to improve their cash position for year end, which has disrupted our planned disbursement cycle
- We have requested an extension of the due date for our Revolver A repayment, as well as a modification to the Revolver Second Out repayment schedule

19



Exhibit 1

## Litigation Summary

### Quiroz vs. HT

- Suit originated in November 2011, and alleges that HT aided and abetted insurance carrier Arch when Arch denied coverage to Quiroz (employee) related to an incident where Quiroz was injured by an uninsured motorist while on the job. Arch paid $1M to Quiroz with no release. HT covered Quiroz's Workers Compensation claims. Arch has not charged HT for the $1M payout. The original suit also alleged Bad Faith. The Bad Faith claim was dismissed during oral argument, but the Aiding and Abetting claim remains.
- Depositions began on September 12, 2012 with Thad Heichel of Arch, the representative on the HT account. Paul Mosca, VP of Arch, was deposed on October 3, 2012. Florian Samulo and David Goltz were deposed in November, 2012.
- *Depositions of the Jones Skelton lawyers is scheduled for Jan 17, 2013. Plaintiff has requested depositions from Lisa Kerr, the G&S adjuster, and Arch has requested depositions of Mr. and Mrs. Quiroz. Dates likely for February. Drafting of motion for summary judgment has started, but attorneys will wait until after Jones Skelton deposition to file.*
- **We anticipate that HT will be in a position to move for summary judgment by February, subject to unanticipated changes in deposition schedules. Legal fees and other expenses for this matter to date are $401k. We anticipate additional attorney fees of $75k - $100k for defense through a successful motion for summary judgment. Estimated exposure should HT be found partially liable is $250k. The $1M payment by Arch must still be resolved with them.**

### Fawcett, et al vs. HT

- Suits filed in New York and New Jersey originated in July 2011, and allege that HT's Carlstadt, New Jersey location failed to pay prevailing wage on a bridge inspection and other projects from 2005 forward. The plaintiffs include seventeen (17) members of Teamster Local 318. HT has letters from NJDOL and NYDOL indicating that bridge inspections are not subject to prevailing wage. On December 6, 2011, HT received a settlement offer of $350k, which we declined. HT filed motion to dismiss. The judge found that plaintiffs failed to identify a specific contract for their breach of contract claim, and as such, the Collective Bargaining Agreement ("CBA") identified by HT in HT's motion governed. Accordingly, Section 301 of the Labor Management Relations Act preempted plaintiff's common law claims for breach of contract, unjust enrichment and quantum meruit because the CBA governs the dispute. Subsequently, plaintiff's attorney spoke with our counsel and indicated that he would dismiss the common law aspects of the NY lawsuit and file grievances under the CBA with respect to the NY claims, but continue to pursue the remaining claims for violation of the state prevailing wage statute.
- *Counsel is in the process of responding to the letter from Plaintiffs' counsel objecting to our discovery production as deficient. HT will request a joint extension for close of Discovery (currently set for Jan 8). HT submitted a request under the Freedom of Information Act for copies of the certified payroll records for five NYSDOT contracts awarded to direct HT competitors.*
- **Should HT be found to have liability, retroactive pay could total approximately $500k. HT could potentially have recourse against United Rentals should a determination be made that included periods prior to the purchase agreement.**

20

Exhibit 1

## Litigation Summary

### Flasher vs. HT

- Flasher (a competitor) filed claims against HT for Tortuous Interference, Civil Theft, Actual Damages and Exemplary Damages, alleging that Bill Meloni's actions constitute unlawful appropriation of Flasher's confidential and proprietary information. Bill Meloni resigned from Flasher in November 2011, where he had worked for 35 years, the last 15 years as Vice President. Shortly after his resignation from Flasher, Mr. Meloni was hired by HT. Two other former Flasher employees (Ramirez and Cruz) were subsequently hired by HT.
- Depositions have been taken from Ramirez, Cruz, Daniel Fonseca (a former employee of Flasher and friend of Mr. Meloni), other current employees of Flasher, and Mary Hannah, President of Flasher. Ramirez and Cruz testified that they sought employment with HT, and were not encouraged by Meloni or Fonseca. Fonseca testified that he had not encouraged Flasher employees to come to work for HT, nor had Mr. Meloni asked him to do so. Other current employees of Flasher testified that Mr. Fonseca had come to Flasher worksites and contacted them by other means and encouraged them to go to work for HT. Bill Meloni's cell phone records have been assembled per request of plaintiff's counsel.
- *Plaintiff's counsel continues to be non-communicative despite HT's efforts to reach him. This leads us to believe he is either not being paid, or delaying litigation. We are evaluating options of pushing for Meloni deposition (which could lead Plaintiff to shortfalls in his case), or filing MSJ now.*
- **HT believes this is a frivolous suit, and believes we will prevail. Were HT to be found to have some liability, damages might be assessed in the $150k - $250k range.**

### HT vs. Park Mark

- HT filed suit against Park Mark for unpaid billings totaling $107k plus interest, attorney fees and court costs. Park Mark subsequently filed a counter claim for $39k. Park Mark is owned by a former employee who started a striping business. Both parties have acted as contractors for the other party in our Texas and Illinois locations. Park Mark has refused to settle at two mediations, and has also failed to provide requested documents relative to the suit.
- Document requests and production have gone back and forth for months.
- *Court has set deposition deadline for January 24, 2013. At present, Park Mark owner is not returning his attorney's phone calls. There are rumors that Park Mark may be out of business. HT's counsel is waiting for communication from Solomon's attorney, and has prepared a Motion to Compel Solomon's testimony, or alternatively, bar it at trial.*
- **HT believes it will prevail in this action based on current known evidence, or at the very least achieve a partial award. We do not know if Park Mark will have sufficient resources to pay a judgment. If unsuccessful, exposure to HT would include the loss of the $107k plus attorney fees expended of approximately $65k, in addition to the $39k counter claim.**

21

Exhibit 1

## Litigation Summary

- Knife River Claim (not in litigation)
  - HT entered into a subcontract agreement with Knife River for a TXDOT striping project approximately sixty miles east of Dallas. The original subcontract value was approximately $68k. A dispute arose between the parties related to a particular section of the roadway. HT employees contend that they had accepted verbal instructions from Knife River that conflicted with the project drawings. Knife River notified HT on April 20, 2012 that the striping work performed by HT did not conform with contract drawings and specifications. On June 5, 2012, Knife River notified HT that they were in default of the contract, and had until June 11, 2012 to submit a plan of remediation and accept full cost of the remedial work (estimated at $500k for repaving and restriping the roadway). HT responded that we were investigating the issue, but would not be able to meet a plan and/or accept any cost for remediation. On July 18, 2012, HT received notice that the Subcontract was terminated. HT's counsel spoke with Knife River's counsel and HT submitted a proposal for remediation that TXDOT accepted (striping removal, resealing and restriping).
  - *All of HT's remedial work was complete as of Friday, November 9, 2012. Final Acceptance was received from TXDOT. HT is awaiting final payment from Knife River.*

- HT vs. Walbridge, Grandview, and Corona
  - HT entered into discussions with Walbridge in regard to a potential subcontract for a solar project. Walbridge informed HT that they had received a limited Notice to Proceed from the owner, and in response to requests from Walbridge, and prior to a contract being signed HT mobilized to the site on three separate occasions, generating billings to Walbridge in excess of $242k. HT subsequently signed a contract for this project with Walbridge on February 7, 2012 in the amount of $2.6M, and received an executed contract from them on March 1, 2012. The payment terms in the contract are "pay when paid". HT has had numerous discussions with Walbridge regarding payment, and has filed liens against the project to no avail. Walbridge has repeatedly assured HT that the project funding will come through, and then HT will be paid.
  - HT filed suit on September 7, 2012, against Walbridge, Grandview, and Corona in the US District Court, Southern District of Texas Houston Division in the amount of $242,428.41 plus fees. Counts include: Breach of Contract against Walbridge, Promissory Estoppel, Breach of Contract against Grandview (third-party beneficiary), Fraudulent Inducement, Alter Ego, and Conspiracy. HT withdrew the Texas filing due to jurisdictional questions raised in Walbridge's counter suit, and filed in Idaho State Court.
  - *Walbridge contacted HT on 11/7 and proposed a settlement of $178k. HT verbally agreed. There has been no formal settlement offer and rumors of a "sale of the project" continue. HT has filed an amended complaint in the Idaho State Court action to add a breach of contract claim against Walbridge. Counsel is preparing motions for summary judgment in the State Court actions of breach of contract against Walbridge, and on the foreclosure action against Grandview and J.R. Simplot Company.*
  - **Should HT not prevail in this action, exposure would include $242k as bad debt write off, plus attorney fees and court costs.**

22

Exhibit 1

## Litigation Summary

- **Department of Labor – Solar Investigation (not in litigation)**
  - The Department of Labor has requested information from us relative to its investigation of 23 General Contractors, Subcontractors and other companies involved in federally funded solar projects. The investigation focuses on the use of machines that drive posts and the classification and pay rate of individuals who operate those machines. HT has supplied copious amounts of information in response to their request, while also requesting that the scope of the information request be narrowed.
  - *HT heard from Zachry Construction, the GC on the project, that Zachry met with the DOL at the end of November anticipating resolution, but the DOL has not issued their final ruling.*
  - **Potential exposure to HT in the form of pay differential could be approximately $50k - $75k. If it is ruled that the operators should have been paid at a higher rate, then HT would request a change order from the General Contractor for the differential.**
- **Jaimes incident – OSHA and Insurance Litigation**

  OSHA
  - HT received two OSHA violations related to the Jaimes incident: an "Other" violation for not reporting the incident timely, and a "Serious" violation for not furnishing a place free of fall hazards. We contested both.
  - *HT has reached a settlement with OSHA on the Jaimes case which removes the Serious Violation altogether and results in an "Other" (Other than Serious) violation for Cargo Securement, and a $7,000 penalty with no mention of the fatality. HT is awaiting paperwork.*

  LITIGATION
  - The insurance litigation related to the Jaimes incident is on-going. Management was able to acquire a favorable affidavit from Rob Evend prior to his termination attesting to safety along with cargo securement, gate checks, etc. Additional depositions of two HT employees are planned, but have not been scheduled.
  - *HT counsel has requested a proposed settlement offer, but has received nothing. Plaintiff's counsel has not aggressively pursued this case.*
- **Wisconsin Fatality (no litigation at present)**
  - OSHA Investigation is on-going. HT met with The Assistant Area OSHA Director and an Investigator on October 9th for employee interviews and the initial document production. The operator of the pile driver has filed a WC claim as a stress related injury-permissible in WI. The remaining documents requested by OSHA have had financial information redacted and were sent to OSHA on October 17, 2012. OSHA interviewed several Minneapolis facility employees, including Tim Lewis, on Nov 14th and 15th.
  - *OSHA requested additional documents, which HT provided. OSHA wants to witness the operation of the "pounder truck" to be scheduled soon.*
- **Nevada Fatality (no litigation at present)**
  - *HT is producing documents at OSHA's request. HT requested further clarification on some of the OSHA document requests, which was received on 12-17-12. HT will respond appropriately.*

23

Exhibit 1

## Safety Update

- At the conclusion of a Highway Technologies DOT Audit on 12/17/12, HT received a 'Satisfactory' Rating which is an improvement from the 'Conditional' rating in place since 2-2008. This is the top motor carrier rating and will remove HT from the mandatory inspections list for motor carriers once the CSA/DOT system is updated
- HT has engaged ERM, and outside safety firm to perform a safety audit all of the HT locations, including job sites, training, policies, procedures and any breakdown in communication and compliance between location management and operations/field
- Brent Clark of Seyfarth is hosting Regional Webinars on Key Aspects of HT Safety Programs, Methods to managing Compliance, Enforcement & Discipline along with Periodic Training of Management. Webinars start 12-21-12
- HT is drafting Job Descriptions for a Safety and Health Professional and Regional Safety and Health Mangers (to oversee several branches but with no tie to operations)
- HT is adding Safety and Health to the existing 800 number Hotline
- A meeting is being held on 12-19 with Texas Law Enforcement, NECS, along with Ft. Worth drivers and operation managers to review HazMat compliance, shipping documents and signage and placarding of HT Pavement Marking vehicles

Exhibit 1



Exhibit 1

# Income Statement – November 2012

*$'s in Thousands*

[illegible]

26

Exhibit 1

## Balance Sheet – Trended

*$ in Thousands*

| | Dec-11 | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Total Assets** | 70,724 | 66,254 | 63,155 | 64,555 | 62,341 | 68,003 | 63,793 | 69,582 | 72,706 | 74,813 | 72,900 | 71,745 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Total Liabilities** | 97,594 | 96,336 | 95,613 | 93,523 | 89,899 | 96,888 | 97,976 | 98,973 | 101,139 | 103,149 | 100,484 | 100,425 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Total Equity** | (26,870) | (30,082) | (32,461) | (29,769) | (27,558) | (28,885) | (29,183) | (29,391) | (28,434) | (28,334) | (27,584) | (28,680) |
| Liabilities and Equity | 70,724 | 66,254 | 63,155 | 64,555 | 62,341 | 68,003 | 63,793 | 69,582 | 72,706 | 74,813 | 72,900 | 71,745 |

27

Exhibit 1

## Cash Flow – Trended

*$'s in Thousands*

| Statement of Cash Flows | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flows from Operating Activities** | | | | | | | | | | | | |
| Net income (loss) | (3,172) | (3,419) | (2,298) | (1,739) | (1,260) | (338) | (789) | 1,417 | 341 | 249 | (1,006) | (11,916) |
| Depreciation and amortization | 758 | 758 | 769 | 816 | 808 | 791 | 801 | 540 | 651 | 577 | 669 | 8,045 |
| Bad debt expense | 34 | (56) | 8 | (26) | 43 | 66 | 30 | 40 | 186 | 128 | (321) | 132 |
| Gain on sale of equipment | (55) | (106) | (87) | (64) | (23) | (40) | (18) | (99) | (140) | (55) | (64) | (730) |
| Changes in operating assets and liabilities which (used) provided cash: | | | | | | | | | | | | |
| Accounts receivable | 5,051 | 1,344 | (638) | (3,135) | (2,891) | (603) | (1,117) | (3,243) | (2,651) | 1,477 | 563 | (6,234) |
| Inventory | 483 | 800 | (343) | 651 | (624) | 496 | (73) | 1 | 453 | 165 | 751 | 3,005 |
| Prepaid expenses and other assets | (186) | 376 | (1,684) | 359 | (710) | (277) | (206) | (594) | 613 | 420 | (617) | (2,466) |
| Trade accounts payable | 1,570 | (563) | (2,265) | (1,031) | 3,341 | 1,927 | (372) | 1,351 | (591) | (3,535) | 765 | 2,500 |
| Accrued and other liabilities | (654) | (80) | (1,367) | (5,248) | 170 | (654) | 1,052 | (563) | 70 | (1,288) | (497) | (9,610) |
| **Net cash provided by operating activities** | 3,719 | (347) | (7,981) | (9,813) | (1,375) | 659 | (813) | (1,591) | (960) | 591 | (72) | (17,287) |
| **Cash Flows from Investing Activities** | | | | | | | | | | | | |
| Restricted Cash | - | - | - | 4,500 | - | - | - | - | - | 1,000 | - | 5,500 |
| Purchase of equipment | (656) | (851) | (461) | (543) | (777) | (533) | (600) | (740) | (1,060) | (742) | (861) | (7,832) |
| Proceeds from sale of equipment | 64 | 136 | 115 | 85 | 52 | 18 | 39 | 122 | 160 | 95 | 97 | 1,031 |
| **Net cash used in investing activities** | (592) | (716) | (346) | 4,042 | (725) | (518) | (561) | (618) | (840) | 355 | (763) | (1,301) |
| **Cash Flows from Financing Activities** | | | | | | | | | | | | |
| Increase / (Decrease) in Debt | (1,902) | 66 | 8,374 | 5,902 | 3,458 | 451 | 470 | 474 | 469 | 231 | (257) | 17,732 |
| Increase / (Decrease) in existing capital lease obligations | (103) | (112) | (12) | (25) | (24) | (391) | 748 | 144 | 1,628 | (32) | (69) | 1,749 |
| Proceeds from sale of preferred stock | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net cash used in financing activities** | (2,005) | (46) | 8,362 | 5,881 | 3,433 | 61 | 1,218 | 618 | 2,097 | 199 | (326) | 19,481 |
| **Net increase (decrease) in cash** | 1,122 | (1,110) | 116 | 111 | 1,332 | 252 | (156) | (1,591) | 287 | 1,145 | (1,187) | 392 |
| **Cash - Beginning of Period** | 662 | 1,785 | 675 | 791 | 902 | 2,234 | 2,461 | 2,311 | 809 | 1,097 | 2,241 | 662 |
| **Cash - End of Period** | 1,785 | 675 | 791 | 902 | 2,234 | 2,461 | 2,311 | 809 | 1,097 | 2,241 | 1,054 | 1,054 |

Exhibit 1

| | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | |
| Traffic Control | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Pavement Marking | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Permanent Install | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Merchandise Sales | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Equip Sales | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Revenue | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Gross Profit | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| SG&A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Exhibit 1

Revenue and Direct Gross Margin by LOB
Nov 2012 Revenue by LOB
YTD Revenue by LOB
Nov 2012 GM by LOB
YTD GM by LOB
30



Exhibit 1

# Region Summary

[illegible]

31

Exhibit 1

# Branch Summary

| [illegible] | November | | | | | | YTD | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | | | EBITDA | | | Revenue | | | EBITDA | | |
| | Act | ACP | Var | Act | ACP | Var | Act | ACP | Var | Act | ACP | Var |
| Denver | 935 | 645 | [illegible] | 153 | 6 | 147 | 10,455 | 9,754 | 701 | 1,395 | 842 | 553 |
| Clearwater | 138 | 160 | [illegible] | [illegible] | 24 | [illegible] | 1,865 | 2,133 | [illegible] | 391 | 280 | 111 |
| Carlstadt | [illegible] | [illegible] | 6 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 3 | [illegible] | [illegible] | [illegible] |
| North Las Vegas | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 134 | 21 | 114 |
| Vista Park | [illegible] | [illegible] | [illegible] | 6 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fort Myers | [illegible] | 55 | [illegible] | [illegible] | [illegible] | 0 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fort Mohave | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Springfield MO | [illegible] | [illegible] | [illegible] | [illegible] | 11 | [illegible] | [illegible] | [illegible] | [illegible] | 134 | [illegible] | [illegible] |
| Fairview Heights | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 3,022 | [illegible] | [illegible] | [illegible] | [illegible] |
| Carbondale | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Ventura | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| San Jose | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Orlando | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Loveland | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Minneapolis | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Springfield | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Bloomington | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Prescott | 61 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 111 | [illegible] | [illegible] |
| Tucson | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Flagstaff | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Portland | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| San Antonio | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Jupiter | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Missoula | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Phoenix | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Houston | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Corpus Christi | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fort Worth | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Austin | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Field Operating Results | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | 0 | | 0 | [illegible] | [illegible] | [illegible] | 0 | | 0 | [illegible] | [illegible] | [illegible] |
| **HT Operating Results** | 13,201 | 10,549 | [illegible] | 941 | 91 | 851 | 137,745 | 139,354 | (1,609) | 5,190 | 6,929 | [illegible] |

32

Exhibit 1

2013 Board Meeting Calendar
JANUARY 2013
FEBRUARY 2013
MARCH 2013
APRIL 2013
MAY 2013
JUNE 2013
JULY 2013
AUGUST 2013
SEPTEMBER 2013
OCTOBER 2013
NOVEMBER 2013
DECEMBER 2013
33